# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Tasha Marie Limoge                    Docket No. 7:12-MJ-1253-1RJ

### Petition for Action on Probation

COMES NOW Melody M. Eberhardt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tasha Marie Limoge, who, upon an earlier plea of guilty to Driving Under 21 After Consuming Alcohol, in violation of 18 U.S.C. § 13, N.C.G.S. 20-138.3, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 5, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.  The defendant shall perform 8 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200.00 fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 3, 2013, pending a transfer of supervision, the defendant was permitted to travel to the District of Vermont to reside with her parents. On July 10, 2013, the defendant reported to United States Probation Officer Dan Mangan of Vermont. During her report, the defendant tested positive for buprenorphine. Subsequently, the defendant admitted to having an addiction to opiates.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.  The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility

Tasha Marie Limoge
Docket No. 7:12-MJ-1253-1RJ
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melody M. Eberhardt<br>Melody M. Eberhardt<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546<br>Phone: 910-346-5109<br>Executed On: August 5, 2013 |

## ORDER OF COURT

Considered and ordered this __8__ day of __August__, 2013, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge