| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)* 7:12-MJ-1253-1RJ |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF OFFENDER Tasha Marie Limoge | DISTRICT EASTERN NORTH CAROLINA | DIVISION SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 06/05/2013    TO 06/04/2014 |

OFFENSE
Driving Under 21 After Consuming Alcohol [18 U.S.C. § 13, N.C.G.S. 20-138.3]

FILED SEP 20 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the District of Vermont upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

_8/13/2013_
Date

_/s/ Robert B. Jones, Jr._
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

_9/5/13_
Effective date

_/s/_
United States District Judge